UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Atlantic Spinal Care on assignment of M.G.,<br><br>    *Plaintiff*,<br><br> v.<br><br>Aetna,<br><br>    *Defendant*. | Civ. No. 12-6759 (KSH) (CLW)<br><br><br>**ORDER** |

  Defendant Aetna having filed a motion for summary judgment (D.E. 12), and plaintiff Atlantic Spinal Care having filed a cross-motion seeking leave amend the complaint (D.E. 16); for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 31st day of March, 2014,

  **ORDERED** that defendant's motion for summary judgment is GRANTED, and it is further

  **ORDERED** that plaintiff's cross-motion for leave to amend the complaint is DENIED.

  The Clerk of the Court is directed to close this case.

                /s/ Katharine S. Hayden
                Katharine S. Hayden, U.S.D.J.